UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Criminal No. 20-965 (MAS) |
| CHARLES F. BROWNE, JR. | **DETENTION ORDER** |

This matter having come before the Court on a petition for action on conditions of pretrial release, and the Court having conducted a hearing to determine whether the defendant, Charles F. Browne, Jr. (by Carlos Diaz-Cobo, Esq., appearing) violated the terms of his pretrial release, and the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jamie Hoxie Solano Assistant U.S. Attorney, appearing) having moved to detain the defendant on the ground that he violated the terms of his pretrial release, the Court makes the following findings:

1. The defendant has been convicted of receipt of child pornography under Title 18, United States Code, Section 2252A(a)(2), solicitation of child pornography, under Title 18, United States Code, Section 2252A(a)(3), possession of child pornography, under Title 18, United States Code, Section 2252A(a)(5), and concealment of objects to impede a federal investigation, under Title 18 United States Code, Section 1519.

1

2. The Court has reviewed and received a police report regarding a report that a minor child was at the defendant's residence, contrary to the conditions of his release.

3. The Court has also reviewed several letters from the defendant's family members that portray an account different from the narrative set forth in the police report.

4. The Court has considered the materials provided by Pretrial Services, the letters provided by defense counsel, and the arguments of both parties, all presented at the detention hearing.

5. At this juncture, the Court has determined that Pretrial Services requires additional time to investigate the allegation so the Court can evaluate whether there is clear and convincing evidence that the defendant is not likely to flee and will not pose a danger to the safety of the community.

6. The Court concludes that detention of the defendant is appropriate at this time, without prejudice to additional findings following the investigation of Pretrial Services.

IT IS, therefore, on this  12/1  , 2022

ORDERED that, as set forth on the record at the Court's November 30, 2022 hearing, the defendant be remanded to the custody of the United States Marshals pending his sentencing hearing in this case.

IT IS FURTHER ORDERED that this order is without prejudice to additional findings at a hearing to follow an investigation and recommendation by Pretrial Services regarding this alleged violation.

IT IS FURTHER ORDERED that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
The Honorable Douglas E. Arpert
U.S. Magistrate Judge

3